**Beacher Ralph COLEMAN, Plaintiff—Appellant,**

v.

**Michael HOLLAND; B.V. Hyler; Steve Schaab; Marty Hudson, Trustees of the UMWA 1974 Pension Plan and Trust, Defendants—Appellees.**

No. 05–2287.

United States Court of Appeals, Fourth Circuit.

Submitted: May 31, 2006.

Decided: June 16, 2006.

Carl E. McAfee, Carl E. Mcafee, P.C., Norton, Virginia, for Appellant. Glenda S. Finch, Deputy General Counsel, Carolyn O. Dutrow, Assistant General Counsel, Washington, D.C., for Appellees.

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Beacher Ralph Coleman appeals the district court's order granting summary judgment for Defendants in his action under the Employee Retirement Income Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Coleman v. Holland,* No. CA–05–8–1 (W.D.Va. Nov. 1, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*